NUMBER 13-07-00455-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________________ 

 

MICHAEL JOSEPH KEARNS, Appellant,


v.



GONZALES COUNTY, ET AL., Appellees. 

__________ ____________________________________________________________


On Appeal from the 25th District Court of Gonzales County, Texas.


______________________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam This matter is before the Court on the appellant's failure to file a brief or reasonably
explain his failure to do so. The appellant's brief in the above cause was due on October
17, 2007. On October 24, 2007, the Clerk of the Court notified appellant that the brief had
not been timely filed and that the appeal was subject to dismissal for want of prosecution
under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date
of receipt of this letter, appellant reasonably explained the failure and the appellee was not
significantly injured by the appellant's failure to timely file a brief. 

 Appellant responded to this Court's directive on November 2, 2007. Appellant
contends that he is a "natural private individual who operates on his God given birthrights,"
and that dismissing this appeal "would be construed as abridging or modifying my
substantive rights, therefore I would demand this matter be continued until I file the
Appellate Brief." 

 Appellant has failed to either reasonably explain his failure to file a brief, file a
motion for extension of time to file his brief, or file his brief. Accordingly, the appeal is
DISMISSED FOR WANT OF PROSECUTION. See Tex. R. App. P. 38.8(a), 42.3(b). 

 PER CURIAM


Memorandum Opinion delivered and 

filed this the 20th day of November, 2007.